# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 07-30174-GPM |
| DORIAN J. LOTT, | ) |
| Defendant. | ) |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant Dorian J. Lott pleaded guilty to Counts 1 and 2 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for April 14, 2008, at 8:00 a.m. at the East St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: 02/11/08

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge